# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0433. JAMES TILLERY v. THE STATE.**

On June 28, 2021, the trial court entered an order denying James Tillery's petition for release from sex-offender registration requirements. On July 29, 2021, Tillery filed both an application for discretionary review and a notice of appeal from the trial court's order. We dismissed Tillery's application for lack of jurisdiction due to its untimeliness.  See A22D0012 (Aug. 27, 2021). We also lack jurisdiction over the direct appeal.

Under OCGA § 5-6-35 (a) (5.2), "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal. Accordingly, Tillery has no right of direct appeal. Further, as noted above, we dismissed Tilley's discretionary application seeking review of the same order. Consequently, the doctrine of res judicata bars him from seeking further appellate review of the trial court's order. See *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007); see also *Echols v. State*, 243 Ga. App. 775, 775 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum.") (punctuation omitted).

Even if Tillery had a right of direct appeal here, this appeal is untimely, as it was filed more than 30 days after entry of the trial court's order. See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days of entry of appealable judgment); *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995) (timely notice of appeal is an absolute requirement to confer jurisdiction on an appellate court).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/08/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*